### CHARLES AGNES v. THE STATE.

No. 599.    Decided May 11, 1910.

Rehearing denied June 1, 1910.

**Rape—Statement of Facts—Order of Filing—Adjournment.**

Where, upon appeal from a conviction of rape, the statement of facts and bills of exception were not filed within time after adjournment as granted by the order of the court, the same could not be considered.

Appeal from the District Court of Randall. Tried below before the Hon. J. N. Browning.

Appeal from a conviction of rape; penalty, forty years imprisonment in the penitentiary.

The opinion states the case.

*Jasper N. Haney* and *A. S. Rollins,* for appellant.

*John A. Mobley,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of rape, his punishment being assessed at forty years confinement in the penitentiary.

The court entered up an order upon the minutes allowing sixty days after adjournment of court in which to file statement of facts and

bills of exception. The caption shows that court adjourned on the 4th day of December, 1909. The statement of facts and bills of exception were filed on the 4th day of February, 1910, which was more than sixty days after the adjournment of the court. The statement of facts, therefore, can not be considered. All of the bills of exception were also filed on February 4, 1910. As these matters were filed out of term time and beyond the time allowed by the court for the filing of same, they will not be considered. Without the statement of facts and bills of exception none of the matters presented for revision can be considered.

The judgment is there affirmed.

*Affirmed.*

[Rehearing denied June 1, 1910.—Reporter.]